4/6/2021 8:12 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 52193574
By: Carolina Salgado
Filed: 4/6/2021 8:12 PM

Exhibit A

CAUSE NO. _____

| | | |
|---|---|---|
| DESTINO ENERGY LLC AND DESTINO OCCIDENTAL LLC | § § § § | IN THE DISTRICT COURT |
| v. | § § § | _____ JUDICIAL DISTRICT |
| LRH ENERGY CAPITAL LLC; LRH ENERGY N&F HOLDINGS LLC; LRH ENERGY NFB FUNDS HOLDOC LLC; LRH ENERGY Z FUND 1 LP; LRH LOAN 2 LLC; LRG SIEGEL SPV 1 LLC; LRH ENERGY HYBRID RISK FUND 1 LP; JANETTE CONRADSON; HEIDI KUZMA; AND RICHARD KAUFMAN | § § § § § § § § § § § | HARRIS COUNTY, TEXAS |

## <u>PLAINTIFFS' ORIGINAL PETITION</u>

COME NOW, Plaintiffs Destino Energy LLC and Destino Occidental LLC and file this Original Petition, and respectfully shows the following:

## I.   <u>SUMMARY</u>

This case involves gross and unmitigated fraud. Plaintiff Destino Energy deposited $320,000 to secure financing for an oil and gas deal. LRH made continuous representations that it had "over 1 billion dollars" in committed funds, from multiple funding sources.[1] This was a lie. But instead of owning up to the lie, LRH paid itself $150,000 for "consulting services," and spent the rest on attorneys who were papering the ethereal deal. In a final act of audacity, when Destino asked for the money back,

---

[1] *See* Pathway to Close Presentation, attached as **Exhibit 1**. *See also* declaration of promise of funds by LRH, attached as **Exhibit 2**.

Certified Document Number: 95182437 - Page 1 of 17

LRH demanded another $200,000 in additional fees for this non-existent loan. This suit followed.

## II.    PARTIES AND SERVICE OF CITATION

Plaintiff Destino Energy LLC is a party to the transaction made basis of this suit that was executed in Harris County, Texas.

Plaintiff Destino Occidental LLC is a party to the transaction made basis of this suit that was executed in Harris County, Texas.

Destino Energy LLC and Destino Occidental LLC will collectively be referred to as "Destino."

Defendant LRH Energy Capital LLC is a party to the transaction made basis of this suit that was executed in Harris County, Texas. LRH Energy Capital LLC may be served with process through its registered agent Corporation Service Company dba CSC – Lawyers Inco at 211 E. 7th Street, Suite 620, Austin, Texas 78701.

Defendant LRH Energy NFB Funds HOLDCO LLC is a party to the transaction made basis of this suit that was executed in Harris County, Texas and may be served with process through its registered agent Corporation Service Company dba CSC – Lawyers Inco at 211 E. 7th Street, Suite 620, Austin, Texas 78701.

Defendant LRH N&F Holdings LLC is a party to the transaction made basis of this suit that was executed in Harris County, Texas and may be served with process through its registered agent Corporation Service Company dba CSC – Lawyers Inco at 211 E. 7th Street, Suite 620, Austin, Texas 78701.

Defendant LRH Energy Z Fund 1 LP is a party to the transaction made basis of this suit that was executed in Harris County, Texas and may be served with process through its registered agent Corporation Service Company dba CSC – Lawyers Inco at 211 E. 7th Street, Suite 620, Austin, Texas 78701.

Defendant LRH Loan 2 LLC is a party to the transaction made basis of this suit that was executed in Harris County, Texas and may be served with process through the Texas Secretary of State on its registered agent Corporation Service Company at 251 Little Falls Drive, Wilmington Delaware 19808.

Defendant LRH Siegel SPV 1 LLC is a party to the transaction made basis of this suit that was executed in Harris County, Texas may be served with process through the Texas Secretary of State on its registered agent Corporation Service Company at 251 Little Falls Drive, Wilmington Delaware 19808.

Defendant LRH Energy Hybrid Risk Fund 1 LP is a party to the transaction made basis of this suit that was executed in Harris County, Texas and may be served with process may be served with process through its registered agent Corporation Service Company dba CSC – Lawyers Inco at 211 E. 7th Street, Suite 620, Austin, Texas 78701.

LRH Energy Capital LLC, LRH Energy NFB Funds HOLDCO LLC, LRH N&F Holdings LLC, LRH Energy Z Fund 1 LP, LRH Siegel SPV 1 LLC, and LRH Hybrid Risk Fun 1 LP will collectively be referred to as "LRH."

Certified Document Number: 95182437 - Page 3 of 17

Defendant Janette Conradson is an employee of LRH and a resident of the State of California. She may be served through the Texas Secretary of State at her home office located at 11209 Brockway Rd. #302, Truckee, California 96161.

Defendant Dr. Heidi Kuzma is an employee of LRH and a resident of the State of California. She may be served through the Texas Secretary of State at her home office located at 11209 Brockway Rd. #302, Truckee, California 96161.

Defendant Richard Kaufman is an employee of LRH and a resident of the State of Texas. He may be served at Two Post Oak Central, 1980 Post Oak Boulevard, Suite 2020, Houston, Texas 77056, or wherever he may be found.

Janette Conradson, Dr. Heidi Kuzma, and Richard Kaufman will be collectively referred to as "Managers."

## III.  JURISDICTION AND VENUE

This Court has original jurisdiction over the subject matter of this suit because Destino seeks damages within the jurisdictional limits of this Court.

Venue is proper in Harris County, Texas, because the acts and/or omissions occurred in Harris County, Texas.

## IV.  DISCOVERY LEVEL

Discovery should be conducted under a Level 2 control plan in accordance with Texas Rule of Civil Procedure 190.3.

## V.   BACKGROUND AND ASSERTIONS OF FACT

**A.   The Parties.**

**1.   Destino.**

Destino Energy LLC is a signatory to the Contract made basis of this suit and owns Destino Occidental LLC.

**2.   LRH.**

**a.   Delaware Entities.**

Defendant LRH Loan 2 LLC is a Delaware LLC and participated in the negotiations and meetings related to the Contract. Members of LRH Loan 2 LLC made false material representations to Destino regarding funding for the transaction – specifically that funding was secured when no such funding was, in fact, secured. At minimum, Destino stayed in the transaction in reliance on the false material representations.

Defendant LRH Siegel SPV 1 LLC is a Delaware LLC and participated in the negotiations and meetings related to the Contract. Members of LRH Siegel SPV 1 LLC made false material representations to Destino regarding funding for the transaction – specifically that funding was secured when no such funding was, in fact, secured. At minimum, Destino stayed in the transaction in reliance on the false material representations.

**b.   Texas Entities.**

Defendant LRH Energy Capital LLC is a resident of Texas and is a signatory to the Contract and participated in the negotiations and meetings related to the

Certified Document Number: 95182437 - Page 5 of 17

transaction made basis of this suit. Additionally, Members of LRH Energy Capital LLC made false material representations to Destino regarding funding for the transaction – specifically that funding was secured when no such funding was, in fact, secured. At minimum, Destino stayed in the transaction in reliance on the false material representations.

Defendant LRH Energy NFB Funds HOLDCO LLC is a resident of Texas and participated in the negotiations and meetings related to the Contract. Members of LRH Energy NFB Funds HOLDCO LLC made false material representations to Destino regarding funding for the transaction – specifically that funding was secured when no such funding was, in fact, secured. At minimum, Destino stayed in the transaction in reliance on the false material representations.

Defendant LRH N&F Holdings LLC is a resident of Texas and participated in the negotiations and meetings related to the Contract. Members of LRH N&F Holdings LLC made false material representations to Destino regarding funding for the transaction – specifically that funding was secured when no such funding was, in fact, secured. At minimum, Destino stayed in the transaction in reliance on the false material representations.

Defendant LRH Energy Z Fund 1 LP is a resident of Texas and participated in the negotiations and meetings related to the Contract. Members of LRH Energy Z Fund 1 LP is a Texas LLC made false material representations to Destino regarding funding for the transaction – specifically that funding was secured when no such

Certified Document Number: 95182437 - Page 6 of 17

funding was, in fact, secured. At minimum, Destino stayed in the transaction in reliance on the false material representations.

Defendant LRH Energy Hybrid Risk Fund 1 LP is a resident of Texas and participated in the negotiations and meetings related to the Contract. Members of LRH Energy Hybrid Risk Fund 1 LP mad made false material representations to Destino regarding funding for the transaction – specifically that funding was secured when no such funding was, in fact, secured. At minimum, Destino stayed in the transaction in reliance on the false material representations.

### 3.   The Managers.

### a.   California Residents.

Defendant Janette Conradson is a managing partner and chief executive officer of LRH Energy Capital LLC. She is a signatory to the Contract (contract). Further, she participated in the negotiations and meetings related to the transaction made basis of this suit. She made false material representations to Destino regarding funding for the transaction – specifically that funding was secured when no such funding was, in fact, secured. At minimum, Destino stayed in the transaction in reliance on the false material representations.

Defendant Dr. Heidi Kuzma is a managing partner and chief technology officer of LRH Energy Capital LLC. She participated in the negotiations and meetings related to the transaction made basis of this suit. She made false material representations to Destino regarding funding for the transaction – specifically that

Certified Document Number: 95182437 - Page 7 of 17

funding was secured when no such funding was, in fact, secured. At minimum, Destino stayed in the transaction in reliance on the false material representations.

### b.     Texas Resident.

Defendant Richard Kaufman is the managing director of LRH Energy Capital LLC. He participated in the negotiations and meetings related to the transaction made basis of this suit. He made false material representations to Destino regarding funding for the transaction – specifically that funding was secured when no such funding was, in fact, secured. At minimum, Destino stayed in the transaction in reliance on the false material representations.

Due to the fraud and misrepresentations made by LRH and the Managers in this matter, Destino will refer to them collectively in the factual recitation of the issues made basis for this suit. Upon information and belief, each of the entities of LRH and the Mangers are responsible for the fraud and breach of contract claims made basis of this suit.

### B.     The Facts.

In 2019, Destino submitted a request to LRH for senior secured financing to finance the purchase of the "Wilmington" property for continued operation and proposed drill plan, additional OPEX working capital, and reimbursement of closing costs for credit facility. LRH made false affirmative representations to Destino that investors had been secured for the credit facility pursuant to the Contract.[2]

---

[2] *See* declaration of promise of funds by LRH, attached as **Exhibit 2**.

Certified Document Number: 9518437 - Page 8 of 17

Upon approval of the request by LRH, Destino agreed to the terms of the contract dated November 1, 2019 ("Contract") based on Destino's reliance on LRH's representations. In accordance with the Contract, Destino deposited $320,000.00 into a trust account with LRH's counsel. As of today, the $320,000.00 has been totally depleted. The majority of the funds were paid directly to LRH, or counsel for LRH.

The Managers directly participated in the transaction between LRH and Destino. The Managers made false representations related to funding and investors pursuant to the Contract. Destino relied on the Managers' representations related to the transaction and the Contract.

On November 19, 2020, LRH sent a demand to Destino for an additional $276,005.00 in funds for additional alleged costs and expenses incurred related to the Contract.

Upon information and belief, neither LRH nor the Managers had secured funding. Without the funding secured, and the false representations regarding same, Destino would not have agreed to the Contract, nor would it have agreed to stay in the deal.

Further, neither LRH nor the Mangers complied with the terms of the Contract—they did not have funding as required by the Contract, nor did they return the unused funds. Destino complied with its obligations pursuant to the Contract—it deposited funds in the amount of $320,000. LRH and the Managers' failure to comply with the Contract is a breach of contract – causing harm to Destino.

Certified Document Number: 95182437 - Page 9 of 17

Upon information and belief, LRH and the Managers intentionally induced Destino to execute the Contract, and further induced Destino to stay in the deal, by falsely stating that investors and funding had been secured. LRH and the Managers' fraud harmed Destino, and it now seeks compensation for the damages incurred due to LRH's fraudulent acts.

## VI.   CAUSE OF ACTION—FRAUD

Destino incorporates and re-alleges in full the preceding paragraphs of this petition as if fully set forth herein.

### A.   LRH.

### 1.   Delaware Entities.

LRH Loan 2 LLC represented to Destino that it had secured funding for the Deal. LRH Loan 2 LLC's representations to Destino were material, and Destino deposited funds and proceeded with the Deal with the understanding that Destino had investors—as represented by LRH Loan 2 LLC which knowingly made the false representation to Destino. LRH Loan 2 LLC intended Destino to rely on and act in reliance on the false representation in order to obtain funds from Destino. Destino justifiably relied on LRH Loan 2 LLC's false representation and deposited funds in the trust account in accordance with the Contract. LRH Loan 2 LLC's false representation directly and proximately caused injury to Destino, which resulted in actual and exemplary damages.

LRH Siegel SPV 1 LLC represented to Destino that it had secured funding for the Deal. LRH Siegel SPV 1 LLC's representations to Destino were material, and

Certified Document Number: 95182437 - Page 10 of 17

Destino deposited funds and proceeded with the Deal with the understanding that Destino had investors—as represented by LRH Siegel SPV 1 LLC which knowingly made the false representation to Destino. LRH Siegel SPV 1 LLC intended Destino to rely on and act in reliance on the false representation in order to obtain funds from Destino. Destino justifiably relied on LRH Siegel SPV 1 LLC 's false representation and deposited funds in the trust account in accordance with the Contract. LRH Siegel SPV 1 LLC 's false representation directly and proximately caused injury to Destino, which resulted in actual and exemplary damages.

### 2.    Texas Entities.

LRH Energy Capital LLC represented to Destino that it had secured funding for the Deal. LRH Energy Capital LLC's representations to Destino were material, and Destino deposited funds and proceeded with the Deal with the understanding that Destino had investors—as represented by LRH Energy Capital LLC which knowingly made the false representation to Destino. LRH Energy Capital LLC intended Destino to rely on and act in reliance on the false representation in order to obtain funds from Destino. Destino justifiably relied on LRH Energy Capital LLC 's false representation and deposited funds in the trust account in accordance with the Contract. LRH Energy Capital LLC 's false representation directly and proximately caused injury to Destino, which resulted in actual and exemplary damages.

LRH Energy NFB Funds HOLDCO LLC represented to Destino that it had secured funding for the Deal. LRH Energy NFB Funds HOLDCO LLC 's representations to Destino were material, and Destino deposited funds and proceeded

Certified Document Number: 95182437 - Page 11 of 17

with the Deal with the understanding that Destino had investors—as represented by LRH Energy NFB Funds HOLDCO LLC which knowingly made the false representation to Destino. LRH Energy NFB Funds HOLDCO LLC intended Destino to rely on and act in reliance on the false representation in order to obtain funds from Destino. Destino justifiably relied on LRH Energy NFB Funds HOLDCO LLC's false representation and deposited funds in the trust account in accordance with the Contract. LRH Energy NFB Funds HOLDCO LLC's false representation directly and proximately caused injury to Destino, which resulted in actual and exemplary damages.

LRH N&F Holdings LLC represented to Destino that it had secured funding for the Deal. LRH N&F Holdings LLC's representations to Destino were material, and Destino deposited funds and proceeded with the Deal with the understanding that Destino had investors—as represented by LRH N&F Holdings LLC which knowingly made the false representation to Destino. LRH N&F Holdings LLC intended Destino to rely on and act in reliance on the false representation in order to obtain funds from Destino. Destino justifiably relied on LRH N&F Holdings LLC 's false representation and deposited funds in the trust account in accordance with the Contract. LRH N&F Holdings LLC 's false representation directly and proximately caused injury to Destino, which resulted in actual and exemplary damages.

LRH Energy Z Fund 1 LP represented to Destino that it had secured funding for the Deal. LRH Energy Z Fund 1 LP's representations to Destino were material, and Destino deposited funds and proceeded with the Deal with the understanding

that Destino had investors—as represented by LRH Energy Z Fund 1 LP which knowingly made the false representation to Destino. LRH Energy Z Fund 1 LP intended Destino to rely on and act in reliance on the false representation in order to obtain funds from Destino. Destino justifiably relied on LRH Energy Z Fund 1 LP 's false representation and deposited funds in the trust account in accordance with the Contract. LRH Energy Z Fund 1 LP 's false representation directly and proximately caused injury to Destino, which resulted in actual and exemplary damages.

LRH Energy Hybrid Risk Fund 1 LP represented to Destino that it had secured funding for the Deal. LRH Energy Hybrid Risk Fund 1 LP 's representations to Destino were material, and Destino deposited funds and proceeded with the Deal with the understanding that Destino had investors—as represented by LRH Energy Hybrid Risk Fund 1 LP which knowingly made the false representation to Destino. LRH Energy Hybrid Risk Fund 1 LP intended Destino to rely on and act in reliance on the false representation in order to obtain funds from Destino. Destino justifiably relied on LRH Energy Hybrid Risk Fund 1 LP's false representation and deposited funds in the trust account in accordance with the Contract. LRH Energy Hybrid Risk Fund 1 LP's false representation directly and proximately caused injury to Destino, which resulted in actual and exemplary damages.

**B.    The Managers.**

**1.    California Residents.**

Janette Conradson represented to Destino that she had secured funding for the Deal. Janette Conradson's representations to Destino were material, and Destino

Certified Document Number: 9518243⁷ - Page 13 of 17

deposited funds and proceeded with the Deal with the understanding that Destino had investors—as represented by Janette Conradson who knowingly made the false representation to Destino. Janette Conradson intended Destino to rely on and act in reliance on the false representation in order to obtain funds from Destino. Destino justifiably relied on Janette Conradson's false representation and deposited funds in the trust account in accordance with the Contract. Janette Conradson's false representation directly and proximately caused injury to Destino, which resulted in actual and exemplary damages.

Dr. Heidi Kuzma represented to Destino that she had secured funding for the Deal. Dr. Heidi Kuzma's representations to Destino were material, and Destino deposited funds and proceeded with the Deal with the understanding that Destino had investors—as represented by Dr. Heidi Kuzma who knowingly made the false representation to Destino. Dr. Heidi Kuzma intended Destino to rely on and act in reliance on the false representation in order to obtain funds from Destino. Destino justifiably relied on Dr. Heidi Kuzma's false representation and deposited funds in the trust account in accordance with the Contract. Dr. Heidi Kuzma's false representation directly and proximately caused injury to Destino, which resulted in actual and exemplary damages.

### 2.    Texas Resident.

Richard Kaufman represented to Destino that he had secured funding for the Deal. Richard Kaufman's representations to Destino were material, and Destino deposited funds and proceeded with the Deal with the understanding that Destino

Certified Document Number: 95182437 - Page 14 of 17

had investors—as represented by Richard Kaufman who knowingly made the false representation to Destino. Richard Kaufman intended Destino to rely on and act in reliance on the false representation in order to obtain funds from Destino. Destino justifiably relied on Richard Kaufman's false representation and deposited funds in the trust account in accordance with the Contract. Richard Kaufman's false representation directly and proximately caused injury to Destino, which resulted in actual and exemplary damages.

## VII.   CAUSE OF ACTION—BREACH OF CONTRACT

The Contract constitutes a valid and binding agreement between Destino Energy LLC (a Texas company) and LRH Energy Capital LLC (a Texas company). LRH Energy Capital LLC breached the Contract by failing to obtain funding and failing to return unused funds after it was clear the Deal would not close. As a result of LRH Energy Capital LLC's breach, Destino Energy LLC has incurred damages that it seeks in this lawsuit including, but not limited to, the funds deposited by Destino Energy LLC pursuant to the Contract, as well as consequential damages.

## VIII. DAMAGES

Destino seeks monetary relief over $1,000,000, as well as all other relief to which it may be entitled in accordance with Rule 47(c)(4) of the Texas Rules of Civil Procedure.

Destino's injury resulted from LRH's actual fraud and malice which entitles Destino to exemplary damages under Texas Civil Practice & Remedies Code Section 41.003(a). Destino seeks exemplary damages of at least $3,000,000.

Certified Document Number: 9518243 - Page 15 of 17

## IX.   CONDITIONS PRECEDENT

All conditions precedent to Destino's claims for relief have been performed, or have been waived. Specifically, Destino has complied with all terms and obligations required under the Contract.

## X.   JURY DEMAND

Destino demands a jury trial and tenders the appropriate fee with this petition.

## XI.   ATTORNEY'S FEES

As a result of LRH Energy Capital LLC's failure to comply with the obligations of the Contract, Destino Energy LLC hired attorneys to prosecute this action. The party seeking to enforce said contract is entitled to attorneys' fees under Chapter 38 of Texas Civil Practice and Remedies Code.

## XII.   REQUESTS FOR DISCLOSURES

Pursuant to Rule 194 of the Texas Rules of Civil Procedure, Destino submits its Request for Disclosures. and the Managers are requested to disclose in writing of all information requested in Rule 194.2(a-l) within fifty (50) days of service of this request.

## XIII. PRAYER

Plaintiffs ask that the Court issue citation for Defendants to appear and answer, and that Plaintiffs be awarded a judgment against Defendants for the following:

1.    Actual damages;

2.    Exemplary damages in the amount of at least $3,000,000;

3.      Prejudgment and post-judgment interest;

4.      Court costs;

5.      Attorney's fees for the breach of contract claim;

6.      All other relief to which Plaintiffs are entitled.

Respectfully submitted,

WINSTEAD PC

FRANK O. CARROLL III
TBA No. 24082785
600 Travis Street, Suite 5200
Houston, TX 77002
Telephone: (713) 650-8400
focarroll@winstead.com
**ATTORNEY FOR PLAINTIFFS**

Certified Document Number: 95182437 - Page 17 of 17



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   July 21, 2021

Certified Document Number:        95182437 Total Pages:  17

Marilyn Burgess, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**



LRH Energy Capital

# Path to close:

## Warren Assets/DESTINO

*Original Close date: 12.31.19*

**Proposed/Revised Close date:**
**1.31.20 with 1.3.20 possible**

Exhibit 1

CONFIDENTIAL 12.31.19

# Way Forward

**LRH has multiple funding sources in place to permit security of closing. Due to the time of year, many of our sources were out of office and not able to transact in the timeline needed. We have identified this risk now and will mitigate it going forward. However, this does not help us, today.**

When our first funds source dropped out, we called on the 2nd and 3rd.

Source 2, Opus Bond is in place with a term sheet and has committed $ to close by 1.31.20.  We are looking to obtain a LOC on this term sheet but will not know if possible until 1.7.20.

Source 3 is a bridge loan ($200MM) that is scheduled to be in place by 1.6.20.

Source 4 is a soft commitment bridge loan ($200MM) that is scheduled to be in place by 1.10.20 if needed.

Source 5 (Pending)



# Overview

- LRH Energy Entered a term sheet with Destino Energy for a proposed loan on the Warren Assets on 11.15.19.

- Terms issued stated 60 days to close with an automatic 30-day extension if LRH was working diligently to close.

- Seller mandate was for a sign & close at 12.31.19.

- LRH agreed to expedite the process and make best efforts to close by this date.

LRH Energy Capital

# LRH Sources of Funding

- PRIOR Committed:
  - $1B by a Sovereign Family Office Oct of 2019
  - $450MM from OPUS bond (Lux)
    - Jan 2020= $200MM
    - Feb 2020=$250MM
    - subsequent $450MM deployments up to $2B.
  - $100MM Large Life Ins. Co./Feb 2020
  - $500MM US Investor beginning in Q2 2020

TOTAL $3.6B

 LRH Energy Capital

Certified Document Number: 95182438 - Page 4 of 12

# LRH Funding Timeline

- 10/1/19: LRH receives commitment from a Foreign Sovereign Family Office (SFO) for $1B to tranche in over the last quarter of 2019.

- 11/1/19: LRH informed the State Dept. had held up $9B coming in to USA and that deployment would be delayed 10 to 14 days.

- 11/27/19: LRH is told Asset Manager has placed all capital in a short term treasury instrument upon $ clearing State Department and funding would not be issued until 12/30/19.

- 12/30/19: LRH was notified that SFO would not be investing into LRH or any other Fund in the USA markets due to 'economic and political uncertainty'.

LRH Energy Capital

# 2nd Line of Funding

- 12/30/19: LRH calls in its second in line source of funds: OPUS BOND (Opus).

- Opus agrees to put LRH collateral in place for Bond funding earlier than prior agreed.

- Opus issues terms to deploy $200MM in January- pending asset review.

- Opus to deploy $2B via LRH over next 12 months from this same Bond structure.

LRH Energy Capital

# LRH Sources of Funding

- NOW Committed:
- — $450MM from OPUS bond (Lux)
  - Jan 2020= $200MM
  - Feb 2020= $250MM
    - subsequent $450MM deployments up to $2B.
- — $100MM Large Life Ins. Co./Feb 2020
- — $500MM US Investor/ Mar 2020

TOTAL $2.6B

Certified Document Number: 95182438 - Page 7 of 12

 LRH Energy Capital

# LRH Loans Pending

- **TERMS ISSUED= $194MM**
  - – Destino      1.09.20      $90MM
  - – Deal 2       1.10.20      $70MM
  - – Deal 3       1.31.20      $34MM
- **TERMS PENDING= 1.54B**
  - – Deal 4       2.28.20      $200MM
  - – Deal 5       2.28.20      $165MM
  - – Deal 6       2.28.20      $150MM
  - – Deal 7       2.28.20      $200MM
  - – Deal 8       3.31.20      $450MM
  - – Deal 9       3.31.20      $200MM
  - – Deal 10      3.31.20      $175MM

Certified Document Number: 95182438 - Page 8 of 12

LRH Energy Capital

# OPTION A

# Souce 5: A WIN-WIN Solution?

LRH suggests in the interest of a secure and timely closing:

- EIG to provide a 60 day, $200MM, bridge loan to LRH based on our Bond Term sheet:
- 10% coupon
- Interest only payments until maturity
- Make whole provision on interest if paid off early
- Secure payoff/exit via Bond proceeds in January

Benefits:

- Warren/Destino closes *1.3.20. MSA executed fully.*
- No other party is 'in' our transaction
- EIG knows assets well
- Timeline met for all transactions without significant disruption
- Secured on producing assets
- Converts prior held EIG equity to larger, current asset on balance sheet at 12.31.19
- LRH closes Destino 1.3.20 as well as others in queue and can launch fund on schedule

# Option B

LRH continues on current path and obtains:

1. Bridge loan from private party A

   Expected to fund & be approved by 1.6.20

   Bridge loan from private party B

   Expect to fund if approved by 1.10.20

2. LOC from BNYMellon or Regions Bank, based on Bond Terms issued. Amount TBD.

3. Wait for Bond funding on 1.31.20. Analysis may take until 2.15.20 but not expected to.

   Option A, 1 or 2 will be refinanced out when our Bond is funded.



# Thank you

LRH Capital is committed to closing each of our transactions in queue. We are working diligently to solve the funding and timeline challenge that the recent and unexpected turn of events has thrust upon us.

We will prevail.

We sincerely thank you for your consideration of these solutions and look forward to continued discussion.

Janette Conradson
& Dr. Heidi Kuzma
Founders/LRH Energy Capital

# CONTACT

Janette Conradson

Managing Partner

530.308.9074 cell

530.587.3858 office

J.Conradson@lrhenergy.com

California Office:

11209 Brockway Rd #302

Truckee CA 96161

Certified Document Number: 95182438 - Page 12 of 12



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   July 21, 2021

Certified Document Number:        95182438 Total Pages:  12

Marilyn Burgess, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

Certified Document Number: 95182439 - Page 1 of 21

**Exhibit 2**

# LRH Energy Capital

"Fair to All"

# Overview Of LRH

7.23.19

Copyright LRH Energy Capital LLC 2019



# About Us

LRH Energy Capital Hybrid-Risk Funds are a new family of investment funds created in 2018 to take advantage of state-of-the-art, physics-based analytics that accurately characterize the risk of oil and gas projects.

Our patented in-house technical capabilities differentiate us from other capital providers and provide our investors and clients a superior vision into the future.

We offer both domestic and international investors access to secure and profitable investments in the energy sector.



# Upstream Focus

As upstream energy-only investors, our core objective is to assist clients in building strong, growth-oriented companies. Founded by entrepreneurs, LRH values the power of new ideas to capitalize on timely acquisitions and upstream development programs.

We believe that motivated management teams, operating in their own interest are the secrets to success at the drill bit. We are committed to working on projects where LRH interests are completely aligned with management.

Certified Document Number: 95182439 - Page 3 of 21



# Hybrid-Risk Funds

We are in the final phase of closing on our first $1B in investor commitments with another $1B on deck. The source of our funding is various domestic and international sources – sovereign wealth, family office, endowments and high net worth individuals.

The LRH Hybrid-Risk Funds may also be supported by insurance policies by global A to AAA rated insurers that can provide additive downside risk protection to the Funds investor base.

LRH is actively working with several management teams to deploy its new paradigm of debt capital under competitive bid and negotiated sale processes. Our current preferred project size ranges from $50MM to $350MM.

We anticipate full deployment of our initial capital tranche by Q3 2019.

Certified Document Number: 95182439 - Page 4 of 21

# Technical Expertise



LRH partners with BetaZi LLC for our oil & gas production forecast generation. BetaZi uses the world's most advanced physio-statistical algorithm to forecast production from existing PDP and PUD wells. (For more information on BetaZi see www.betazi.com).

The combined results of BetaZi's forecasts and LRH Energy's 'K-Hybrid Risk Model™' are an in-depth, statistical analysis of a project, its production history, future value, type curves and the internal consistency of the database provided.

LRH bases its funding decisions *entirely* on this proprietary scientific analysis and the resultant P-90 value of the total 1P or proved production of a project. We do not rely on third-party reserve reports to determine our valuations.

We accurately forecast every well and value every loan in a short period of time and identify areas to investigate further, including the geology, operating team and scientific development strategies. Closing may occur in as little as 60 days.

Certified Document Number: 95182439 - Page 5 of 21

# Structural Highlights



LRH provides a fair and affordable alternative for operators to finance acquisitions, drill plans, and bolt-on projects. Unlike private equity, LRH takes no ownership position in the borrower's company. Our structure is built around an amortizing, fixed-rate term loan. Additionally, because we take a Net Profits Interest ("NPI") instead of a large royalty interest through the tenor of loans deployed, assets aren't over-burdened for future development.

Based upon LRH's robust investment process, technical capability and hybrid-risk fund features, we are able to offer favorable financing terms at attractive levels with competitive interest rates.

Certified Document Number: 95182439 - Page 6 of 21

# What Makes a Good LRH Project? (1)

ACQUISITION | REFINANCE | DEVELOPMENT

**Projects typically need to demonstrate that at current strip prices and economics:**

✓ 80% of repayment of loan principal is covered by PDP production over next 7 years

✓ Remaining 20% plus interest on full principal amount is covered by PDP or easily accessible/demonstrable PDNP or PUD production over same time period

✓ Cash Flows will cover principal and interest payments during the term of the loan

✓ At least 2x potential production upside exists

✓ Type curves for PDNP and PUD development are well-supported

✓ A qualified and experienced management team is at the helm

✓ Development plans are feasible

✓ Midstream capacity is sufficient for all take-away

✓ Satisfactory title with respect to not less than 90% of proved reserves

✓ Executed Purchase and Sale Agreement (PSA) with customary terms and acceptable to LRH is in hand

✓ SCIENCE IS SOLID





# What Makes a Good LRH Project? (2)



Capital + Interest $136.6M

Capital Deployed $100.00M

PDP P90
PDP P50
PDP P10
PDP + PUD P10
PDP + PUD P50
PDP + PUD P90





# What Makes a Good LRH Project? (3)



Principal and Interest 1.63M

Principal Payback 1.19M





# The Project Capital Stack



# The Bid Process

**LRH is happy to work with prospective clients on Bid and Negotiated Sale Processes. In addition to providing Pre-Indicative Terms on acceptable projects, we also provide clients with a non-binding Letter of Intent.**

☐ Our analytical partner (BetaZi) assists in our evaluation and helps determine appropriate purchase price offer.

☐ The LRH/BetaZi analysis must be completed prior to issuing non-binding Letter of Intent.

☐ LRH must be satisfied with the Purchase Sale Agreement (PSA)

☐ Like other lenders, LRH does not provide up-front deposit that may be required by the seller.

☐ Minimum closing time is 60-days with an automatic 30-day extension if all parties are working towards closing



# The Analytical Process

BetaZi is a physics-based predictive analytics solution that computes unbiased, accurate, automatic production forecasts with calibrated uncertainty.

INPUTS: oil, gas, water, monthly volumes and working days



OUTPUTS: forecast with calibrated uncertainty



Certified Document Number: 95182439 - Page 12 of 21

# The Analytical Process





# The Analytical Process

Each well is analyzed with BetaZi's proprietary physics-based algorithm.





# LRH Loan Structure Highlights

LRH offers qualified O&G Management Teams unique access to capital to finance asset acquisition, recapitalization, and/or production and infrastructure development. Our Loan Structures typically have the following features:

- ☐ First lien priority position in all assets.

- ☐ All assets placed into a non-recourse SPV

- ☐ 7-year multiple-advance term loan, with customary terms and conditions

- ☐ The LRH loan structure is supported by an Insurance wrap

- ☐ LRH takes a Net Profits Interest (<50%) until maturity of the loan

- ☐ LRH takes a small Overriding Royalty Interest (ORRI) at maturity

- ☐ LRH offers up to 100% financing on qualified projects with lower than average fees

- ☐ Annual Development Review – Toreview Production, Drill Program and Future Capital Requirements



# Insurance

**Immediately after the Pre-Indicative Term Sheet is executed, if not before, LRH organizes project into a package to submit to our insurance providers.**

- In the case of an acquisition, most of the documents that need to be provided to the insurer will likely already have been provided in the seller's dataroom.

- If the case of a re-financing, or negotiated sale, documents may need to be assembled by the client and/or seller.

- The insurer will underwrite a material portion of the loan.

- If the insurance company is required to make a loan payment, they will have the right pursuant to the loan documentation to claw into future production to cover their loss.





# Janette Conradson
## Managing Partner & CEO



Ms. Conradson has over 25 years of hands-on business, finance and economics experience. As the founder and President of an accounting company, she worked with small and mid-sized companies assisting with company set up, budgeting, financial planning, financial statement review and interpretation often acting as Controller. She was appointed the CFO for a startup, Magneto-Telluric, company that provided geophysics surveys and data interpretation for oil, gas and gold exploration and assisted them in successfully selling their IP to a global enterprise. Ms. Conradson founded and manages BetaZI, LLC as its CEO. She is responsible for all contract negotiations, financial and product to market pathway decisions. BetaZI created a new algorithm that is the industry leader in predictive analytics for oil and gas production forecasting. BetaZI has several patents and multiyear, flagship contracts in place.

Ms. Conradson studied Business and Economics at Bethany University in Scotts Valley, CA and has personal ownership interest in oil & gas wells in N. America. Ms. Conradson holds several patents (issued and pending) for various IP in the finance, seismic and energy markets. Ms. Conradson is a member of the NSF Geohazards & Mitigation of Geohazards consortium at Cal Tech.





# Dr. Heidi Kuzma
## Managing Partner & CTO

Dr. Kuzma has a PhD in Applied Geophysics with a focus on computer learning for physical applications from the University of California at Berkeley, School of Engineering; an MS from UC Berkeley in Applied Geophysics; and a Bachelor of Science in Geophysics and Planetary Science from the California Institute of Technology. Dr. Kuzma has more than twenty years experience in mineral exploration for oil, gas and gold. She has contributed to and published on a large number of projects combining computer learning with physical systems, including: building a Self-Teaching Expert System (SeTES) for shale gas production and discovery; inventing a system for tunnel detection using the passive seismic signal from motor vehicles; and developing metrics for the evaluation of computer learning algorithms for seismic data analysis. Dr. Kuzma has also worked in atmospheric fluid flow, frame semantics, programming Graphics Processing Units, and Uncertainty Quantification via polynomial chaos. She is the CTO for BetaZi, LLC, a leader in oil & gas production forecasting. BetaZi uses the algorithm written by Dr. Kuzma, that combines AI and the laws of physics to correctly forecast any oil or gas wells future production in just 30 seconds per well.

Dr. Kuzma has personal ownership interest in oil & gas wells in N. America. She holds several patents (issued and pending) for various IP in the energy, finance and seismic space. Dr. Kuzma sits on the Chairman's committee of the Geologic and Planetary Sciences Advisory Board for Cal Tech.

Certified Document Number: 95182439 - Page 18 of 21



# Richard Kaufman
## Managing Director



Mr. Kaufman has a broad oil & gas background with over 35 years of experience in the financial service sector. He has an extensive background in commercial and investment banking with a keen understanding of evolving issues impacting upstream and midstream sectors, commodity markets and related financial markets. Mr. Kaufman is primarily focused on Business Development and manages LRH's Houston-based office. Prior to joining LRH, Mr. Kaufman was a Managing Director with LRH affiliate, BetaZi LLC. Prior to that, he was a Consultant to the oil & gas industry and prior to that, Managing Director with a number of prominent Regional and International Investment Banks (Chase, BNY Mellon, Credit Lyonnais and Regions). In between his investment banking career, Mr. Kaufman also worked six years with Shell Trading as Origination Manager in its Producer Services Group.

Mr. Kaufman received his MBA from Arizona State University and his BBA from The University of Kansas. He is a member of the Independent Petroleum Association of America (IPAA).

# Retained Professionals



LRH has retained the following firms in their various areas of expertise:

- **PPM Documents and General Counsel** – Seward & Kissel LP, New York, NY

- **Offshore PPM Counsel** – Aegis LLP, Grand Cayman, Cayman Islands

- **Tax & Accounting** – KPMG, Houston, TX

- **Transaction & Credit Agreements Counsel** – Thompson & Knight, Houston, TX

- **Fund Main & Trustee Bank, Administration** – BNY Mellon, New York, NY

- **Portfolio Treasury Mgmt and Trustee Bank** – Regions Bank, Houston, TX



**CONTACT:**

**Janette Conradson**
*Managing Partner & CEO*

**Dr. Heidi Kuzma**
*Managing Partner & CTO*

**Richard Kaufman**
*Managing Director*

**LRH Energy Capital LLC**
j.conradson@lrhenergy.com
Phone: 530.308.9074

rkaufman@lrhenergy.com
Phone: 713.775.6717



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   July 21, 2021

Certified Document Number:        95182439 Total Pages:  21

Marilyn Burgess, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**